UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-22351-LEIBOWITZ/LOUIS

PINERA SHATOYA MARIA,

 *Plaintiff,*

v.

MIAMI-DADE SHERIFF'S OFFICE,
*et al.,*

 *Defendants.*

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Lauren Fleischer Louis [ECF No. 9] (the "R&R"), filed on June 8, 2026.  Judge Louis recommends dismissing Plaintiff's Complaint without prejudice for failure to comply with court orders and for failure to state a claim for relief.  [*Id.* at 3].  No objections to the R&R were filed during the 14-day objection period, and Plaintiff failed to respond to the Court's Order Requiring a Response to the R&R by July 10 [ECF No. 12].  Upon due consideration of the R&R, the filings, the applicable law, and the record, the Court **ADOPTS** and **AFFIRMS** the R&R [ECF No. 9].

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up).  The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b).  Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up).  To

the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

After reviewing the R&R for clear error, the Court finds not only no clear error but also notes that Judge Louis's R&R is thorough, cogent, and compelling. The Court adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 9**] is **ADOPTED** and made a part of this Order for all purposes.

2. This action is **DISMISSED** *without prejudice*.

3. The ***Clerk*** is *directed* to mail a copy of this Order to Plaintiff.

4. The ***Clerk*** is further *directed* to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 15, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:     Pinera Shatoya Maria
        7831 NE Miami Ct.
        Miami, FL 33138

2